GEORGE H. REICH, Respondent, v. RAILROAD EMPLOYEES' PERSONAL LOAN COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CARMELO DI NOME, Respondent, v. PERSONAL FINANCE COMPANY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and grant the motion.

ALBERT LAHAM et al., Respondents, v. DOMESTIC FINANCE CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and grant the motion.

## (February 26, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIOTT THEATRE COMPANY, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.

PER CURIAM. The experts on both sides testified that land values on West 37th Street, between the same avenues, were about the same as on West 39th Street, where the present property was located. The opinion of the trial court would indicate that it mistakenly believed that the evidence referred to had related to values on West 40th Street. In any event, we find upon the evidence that the land values herein for assessment purposes should not be fixed in excess of $3,200 a front foot for the years in question.

The order appealed from should be modified by reducing assessments as follows:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| 1938-39 | $355,000.00 | $45,000.00 | $400,000.00 |
| 1939-40 | 352,000.00 | 45,000.00 | 397,000.00 |
| 1940-41 | 352,000.00 | 45,000.00 | 397,000.00 |

and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Order unanimously modified by reducing assessments as follows:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| 1938-39 | $355,000 | $45,000 | $400,000 |
| 1939-40 | 352,000 | 45,000 | 397,000 |
| 1940-41 | 352,000 | 45,000 | 397,000 |

and, as so modified, affirmed with twenty dollars costs and disbursements to the appellant. Settle order on notice.